DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar #6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
(775) 784-5438
(775) 784-5181 – facsimile
Greg.Addington@usdoj.gov

Attorneys for United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE FLORES-RODRIGUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>LORETTA LYNCH, United States Attorney General,<br><br>            Defendant. | 3:16-cv-0621-RCJ-WGC<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY (KATHARINE E. CLARK)** |

      THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Katharine E. Clark to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney.  It is anticipated that Ms. Clark will enter an appearance in this action on behalf of the defendant Attorney General.

      Ms. Clark is a member in good standing of the State Bar of Pennsylvania. Since July 2007, Ms. Clark has been an attorney employed by the United States Department of Justice. She currently holds the position of Senior Litigation Counsel, Civil Division, Office of Immigration Litigation, and her office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Katharine E. Clark to practice before this Court during the period of her employment by the United States as an attorney. It is anticipated that Ms. Clark will enter an appearance in this action on behalf of the defendant Attorney General.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

__/s/ Greg Addington_____
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: 6th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (KATHARINE E. CLARK) has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 17th day of November, 2016.

                                             /s/ Greg Addington
                                             GREG ADDINGTON