STEVEN P. BRAZELTON
(State Bar No. 5882)
520 Holcomb Avenue
Reno, Nevada 89502
775-826-2380

Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GUADALUPE FLORES-RODRIGUEZ
(aka Guadalupe Flores),

Petitioner,

v.

JEFFERSON B. SESSIONS III,
U.S. ATTORNEY GENERAL,

Respondent.

CIVIL ACTION NO.

3:16-CV-00621-RCJ-WGC

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED between the parties that the above entitled case be dismissed as Petitioner acknowledges that he will be unable to prove that he was born in the United States. This stipulation constitutes a "final decision in this matter." See Dkt. No. 1 (Transfer Order from the 9th Circuit). The parties shall notify the United States Court of Appeals for the Ninth Circuit within 10 days of entry of this order, so that the petition for review can be reinstated.

Executed this 21 day of June, 2017.

Steven P. Brazelton
Law Office of Steven P. Brazelton

1

520 Holcomb Avenue
Reno, Nevada 89502
*Attorney for Petitioner*

Executed this 20th day of June, 2017.

*/s/ B. Zeitlin*
Benjamin J. Zeitlin
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
*Attorney for Respondent*

This document contains no social security number of any person.

*/s/*
Steven P. Brazelton

IT IS SO ORDERED.

*/s/ R. James*
UNITED STATES DISTRICT COURT JUDGE

DATED: January 10, 2018